**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mille Shaw, | No. CV-19-008238-DLR |
| Plaintiff-Appellant, | **ORDER** |
| v. | |
| Office of Navajo and Hopi Indian Relocation, | |
| Defendant. | |

Pursuant to the July 21, 2021 Ninth Circuit mandate (Doc. 29), this matter is remanded to the Office of Navajo and Hopi Indian Relocation ("ONHIR") for an award of benefits.

**IT IS ORDERED** that this case is **REMANDED** to ONHIR.

**IT IS FURTHER ORDERED** that ONHIR is directed to award benefits to Ms. Millie Shaw, consistent with the Ninth Circuit's mandate and memorandum (Doc. 29; Doc. 29-1).

**IT IS FURTHER ORDERED** that the Clerk of Court is directed to enter judgment in favor of Ms. Shaw and terminate this case.

Dated this 23rd day of July, 2021.

Douglas L. Rayes
United States District Judge